**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: GUDITIS, ALBERT J. | § Case No. 06-09414 |
| GUDITIS, CYNTHIA C. | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $0.00                             Assets Exempt:   $261,565.33
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,096.63          Claims Discharged
                                                     Without Payment:  $280,966.14

Total Expenses of Administration: $7,894.61

---

   3) Total gross receipts of $    18,991.24    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00     (see **Exhibit 2**), yielded net receipts of $18,991.24 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $427,882.17 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,894.61 | 7,894.61 | 7,894.61 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 351,775.77 | 292,062.77 | 11,096.63 |
| **TOTAL DISBURSEMENTS** | $0.00 | $787,552.55 | $299,957.38 | $18,991.24 |

    4) This case was originally filed under Chapter 7 on August 03, 2006. The case was pending for 67 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/15/2012     By: /s/ILENE F. GOLDSTEIN
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Furs and Jewelry | 1129-000 | 2,500.00 |
| Country Club | 1129-000 | 13,355.58 |
| Tax refund | 1224-000 | 2,973.54 |
| Interest Income | 1270-000 | 162.12 |
| **TOTAL GROSS RECEIPTS** | | **$18,991.24** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JAGUAR CREDIT | 4210-000 | N/A | 23,724.44 | 0.00 | 0.00 |
| 13 | Wells Fargo Bank, N.A. | 4110-000 | N/A | 404,157.73 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$427,882.17** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 2,649.09 | 2,649.09 | 2,649.09 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 5,065.00 | 5,065.00 | 5,065.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 105.54 | 105.54 | 105.54 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 11.49 | 11.49 | 11.49 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 13.65 | 13.65 | 13.65 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 16.17 | 16.17 | 16.17 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 14.79 | 14.79 | 14.79 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 18.88 | 18.88 | 18.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,894.61 | 7,894.61 | 7,894.61 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discover Bank/Discover Financial Services | 7100-000 | N/A | 9,922.74 | 9,922.74 | 417.35 |
| 3 | Discover Bank/Discover Financial Services | 7100-000 | N/A | 11,748.05 | 11,748.05 | 494.13 |
| 4 | CHASE BANK USA, NA | 7100-000 | N/A | 8,008.89 | 0.00 | 0.00 |
| 4 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 8,008.89 | 0.00 | 0.00 |
| 4 -3 | CHASE BANK USA, NA | 7100-000 | N/A | 8,008.89 | 8,008.89 | 336.86 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 15,560.47 | 15,560.47 | 654.48 |
| 6 | American Express Bank FSB | 7100-000 | N/A | 21,168.60 | 21,168.60 | 890.36 |
| 7 | American Express Travel Related Services Co, Inc | 7100-000 | N/A | 16,932.60 | 16,932.60 | 712.19 |
| 8 | American Express Bank FSB | 7100-000 | N/A | 2,469.32 | 2,469.32 | 103.86 |
| 9 | CHASE BANK USA, NA | 7100-000 | N/A | 9,370.78 | 0.00 | 0.00 |
| 9 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 9,370.78 | 0.00 | 0.00 |
| 9 -3 | CHASE BANK USA, NA | 7100-000 | N/A | 9,370.78 | 9,370.78 | 394.14 |
| 10 | CHASE BANK USA, NA | 7100-000 | N/A | 12,476.83 | 0.00 | 0.00 |
| 10 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 12,476.83 | 0.00 | 0.00 |
| 10 -3 | CHASE BANK USA, NA | 7100-000 | N/A | 12,476.83 | 12,476.83 | 524.78 |
| 11 | American Express Travel Related Services Co, Inc | 7100-000 | N/A | 1,305.73 | 1,305.73 | 54.92 |
| 12 | LaSalle BK National Assn. | 7100-000 | N/A | 154,862.21 | 154,862.21 | 0.00 |
| 14 | LVNV Funding LLC as assignee of Citibank | 7200-000 | N/A | 21,722.99 | 21,722.99 | 0.00 |
| | Clerk of the Court | 7100-000 | N/A | 6,513.56 | 6,513.56 | 6,513.56 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 351,775.77 | 292,062.77 | 11,096.63 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-09414  
**Case Name:** GUDITIS, ALBERT J.  
GUDITIS, CYNTHIA C.  
**Period Ending:** 02/15/12

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 08/03/06 (f)  
**§341(a) Meeting Date:** 09/14/06  
**Claims Bar Date:** 08/23/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 620,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS | 1,811.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 4 | BOOKS AND ART OBJECTS | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Furs and Jewelry | 9,950.00 | 3,761.00 | | 2,500.00 | FA |
| 7 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 8 | PENSION PLANS AND PROFIT SHARING | 220,165.33 | 0.00 | | 0.00 | FA |
| 9 | STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 10 | LIQUIDATED DEBTS OWING DEBTOR | 27,596.60 | 27,596.60 | | 0.00 | FA |
| 11 | Country Club | 1,500.00 | 1,500.00 | | 13,355.58 | FA |
| 12 | AUTOMOBILES AND OTHER VEHICLES | 18,650.00 | 0.00 | | 0.00 | FA |
| 13 | Tax refund (u) | Unknown | 0.00 | | 2,973.54 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 162.12 | FA |
| 14 | Assets    Totals (Excluding unknown values) | **$904,872.93** | **$37,057.60** | | **$18,991.24** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS; FINAL REPORT FILED; FUNDS DISBURSED. UNCLAIMED FUNDS DEPOSITED WITH THE CLERK OF THE COURT. RECENTLY RECEIVED ZERO BANK STATEMENT. FINAL ACCOUNT HAS RECENTLY BEEN SENT TO THE OFFICE OF THE UST AND WILL BE FILED WITHIN THE NEXT 30 DAYS.

**Initial Projected Date Of Final Report (TFR):**    March 31, 2008           **Current Projected Date Of Final Report (TFR):**    September 30, 2011  (Actual)

Printed: 02/15/2012 02:32 PM     V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-09414 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | GUDITIS, ALBERT J. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | GUDITIS, CYNTHIA C. | | Account: | ***-*****55-65 - Money Market Account |
| Taxpayer ID #: | **-***3738 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/15/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/13/06 | {11} | Knollwood Club | FUNDS RECEIVED FROM SALE OF ASSETS | 1129-000 | 13,355.58 | | 13,355.58 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.38 | | 13,359.96 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.78 | | 13,368.74 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.49 | | 13,377.23 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.92 | | 13,386.15 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.67 | | 13,392.82 |
| 03/20/07 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #06-09414 | 2300-000 | | 11.49 | 13,381.33 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.15 | | 13,388.48 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.38 | | 13,395.86 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.39 | | 13,403.25 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.91 | | 13,410.16 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.63 | | 13,417.79 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.40 | | 13,425.19 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.69 | | 13,431.88 |
| 10/24/07 | {13} | IDOR | Tax refund | 1224-000 | 1,266.00 | | 14,697.88 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.04 | | 14,705.92 |
| 11/02/07 | {13} | IRS | Tax Refund | 1224-000 | 1,258.00 | | 15,963.92 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.21 | | 15,972.13 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.13 | | 15,980.26 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 7.30 | | 15,987.56 |
| 02/12/08 | 1002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #06-09414, Bond payment | 2300-000 | | 13.65 | 15,973.91 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.28 | | 15,977.19 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.96 | | 15,980.15 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.22 | | 15,982.37 |
| 05/30/08 | {6} | Guditis | Sale of Jewelry | 1129-000 | 1,200.00 | | 17,182.37 |
| 05/30/08 | {6} | Guditis | Sale of jewelry | 1129-000 | 1,300.00 | | 18,482.37 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.00 | | 18,484.37 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.33 | | 18,486.70 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.34 | | 18,489.04 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.19 | | 18,491.23 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.42 | | 18,493.65 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.01 | | 18,495.66 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.45 | | 18,497.11 |

Subtotals : $18,522.25 $25.14

{} Asset reference(s)            Printed: 02/15/2012 02:32 PM    V.12.57

Exhibit 9

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-09414  
**Case Name:** GUDITIS, ALBERT J.  
GUDITIS, CYNTHIA C.  
**Taxpayer ID #:** **-***3738  
**Period Ending:** 02/15/12  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****55-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.31 | | 18,498.42 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,499.17 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 18,499.87 |
| 03/04/09 | 1003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #06-09414 | 2300-000 | | 16.17 | 18,483.70 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 18,484.50 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,485.25 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 18,485.97 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 18,486.77 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,487.54 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,488.31 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,489.06 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,489.81 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,490.58 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,491.35 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 18,492.07 |
| 02/19/10 | {13} | United States Treasury/Albert J. Guditis | Prepetition Tax refund | 1224-000 | 449.54 | | 18,941.61 |
| 02/19/10 | 1004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #06-09414 | 2300-000 | | 14.79 | 18,926.82 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 18,927.52 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 18,928.36 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.48 | | 18,928.84 |
| 04/20/10 | | Wire out to BNYM account 9200******5565 | Wire out to BNYM account 9200******5565 | 9999-000 | -18,928.84 | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 56.10 | 56.10 | $0.00 |
| | | | Less: Bank Transfers | | -18,928.84 | 0.00 | |
| | | | **Subtotal** | | 18,984.94 | 56.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,984.94** | **$56.10** | |

{} Asset reference(s)                                                                                                    Printed: 02/15/2012 02:32 PM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 06-09414 | **Trustee:** | ILENE F. GOLDSTEIN (330290) | |
| **Case Name:** | GUDITIS, ALBERT J. | **Bank Name:** | The Bank of New York Mellon | |
| | GUDITIS, CYNTHIA C. | **Account:** | 9200-******55-65 - Money Market Account | |
| **Taxpayer ID #:** | **-***3738 | **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Period Ending:** | 02/15/12 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | 9999-000 | 18,928.84 | | 18,928.84 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.39 | | 18,929.23 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.13 | | 18,930.36 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.09 | | 18,931.45 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.12 | | 18,932.57 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.12 | | 18,933.69 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 18,933.84 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,934.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 18,934.15 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,934.31 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,934.47 |
| 02/04/11 | 11005 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #06-09414, Bond Premiums | 2300-000 | | 18.88 | 18,915.59 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 18,915.73 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,915.89 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 18,916.04 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 18,916.20 |
| 06/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.06 | | 18,916.26 |
| 06/13/11 | | To Account #9200******5566 | Close Investment for Final Distribution | 9999-000 | | 18,916.26 | 0.00 |
| | | | ACCOUNT TOTALS | | 18,935.14 | 18,935.14 | $0.00 |
| | | | Less: Bank Transfers | | 18,928.84 | 18,916.26 | |
| | | | **Subtotal** | | **6.30** | **18.88** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6.30** | **$18.88** | |

{} Asset reference(s)

Printed: 02/15/2012 02:32 PM    V.12.57

Exhibit 9

## FORM 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 06-09414  
**Case Name:** GUDITIS, ALBERT J.  
GUDITIS, CYNTHIA C.  
**Taxpayer ID #:** **-***3738  
**Period Ending:** 02/15/12  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******55-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/11 | | From Account #9200******5565 | Close Investment for Final Distribution | 9999-000 | 18,916.26 | | 18,916.26 |
| 06/24/11 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $2,649.09, Trustee Compensation; Reference: | 2100-000 | | 2,649.09 | 16,267.17 |
| 06/24/11 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $5,065.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,065.00 | 11,202.17 |
| 06/24/11 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $105.54, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 105.54 | 11,096.63 |
| 06/24/11 | 104 | Discover Bank/Discover Financial Services | Dividend paid 4.20% on $9,922.74; Claim# 2; Filed: $9,922.74; Reference: | 7100-000 | | 417.35 | 10,679.28 |
| 06/24/11 | 105 | Discover Bank/Discover Financial Services | Dividend paid 4.20% on $11,748.05; Claim# 3; Filed: $11,748.05; Reference: | 7100-000 | | 494.13 | 10,185.15 |
| 06/24/11 | 106 | CHASE BANK USA, NA | Dividend paid 4.20% on $8,008.89; Claim# 4 -3; Filed: $8,008.89; Reference: | 7100-000 | | 336.86 | 9,848.29 |
| 06/24/11 | 107 | American Express Centurion Bank | Dividend paid 4.20% on $15,560.47; Claim# 5; Filed: $15,560.47; Reference: | 7100-000 | | 654.48 | 9,193.81 |
| 06/24/11 | 108 | American Express Bank FSB | Dividend paid 4.20% on $21,168.60; Claim# 6; Filed: $21,168.60; Reference: | 7100-000 | | 890.36 | 8,303.45 |
| 06/24/11 | 109 | American Express Travel Related Services Co, Inc | Dividend paid 4.20% on $16,932.60; Claim# 7; Filed: $16,932.60; Reference: | 7100-000 | | 712.19 | 7,591.26 |
| 06/24/11 | 110 | American Express Bank FSB | Dividend paid 4.20% on $2,469.32; Claim# 8; Filed: $2,469.32; Reference: | 7100-000 | | 103.86 | 7,487.40 |
| 06/24/11 | 111 | CHASE BANK USA, NA | Dividend paid 4.20% on $9,370.78; Claim# 9 -3; Filed: $9,370.78; Reference: | 7100-000 | | 394.14 | 7,093.26 |
| 06/24/11 | 112 | CHASE BANK USA, NA | Dividend paid 4.20% on $12,476.83; Claim# 10 -3; Filed: $12,476.83; Reference: | 7100-000 | | 524.78 | 6,568.48 |
| 06/24/11 | 113 | American Express Travel Related Services Co, Inc | Dividend paid 4.20% on $1,305.73; Claim# 11; Filed: $1,305.73; Reference: | 7100-000 | | 54.92 | 6,513.56 |
| 06/24/11 | 114 | LaSalle BK National Assn. | Dividend paid 4.20% on $154,862.21; Claim# 12; Filed: $154,862.21; Reference: Stopped on 11/01/11 | 7100-000 | | 6,513.56 | 0.00 |
| 11/01/11 | 114 | LaSalle BK National Assn. | Dividend paid 4.20% on $154,862.21; Claim# 12; Filed: $154,862.21; Reference: Stopped: check issued on 06/24/11 | 7100-000 | | -6,513.56 | 6,513.56 |
| 11/03/11 | 115 | Clerk of the Court | Unclaimed Funds | 7100-000 | | 6,513.56 | 0.00 |

Subtotals : $18,916.26    $18,916.26

{} Asset reference(s)    Printed: 02/15/2012 02:32 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 06-09414 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | GUDITIS, ALBERT J. | | **Bank Name:** | The Bank of New York Mellon |
| | GUDITIS, CYNTHIA C. | | **Account:** | 9200-******55-66 - Checking Account |
| **Taxpayer ID #:** | **-***3738 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 02/15/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 18,916.26 | 18,916.26 | $0.00 |
| | | | Less: Bank Transfers | | 18,916.26 | 0.00 | |
| | | | Subtotal | | 0.00 | 18,916.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $18,916.26 | |

Net Receipts :        18,991.24
Net Estate :          $18,991.24

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****55-65** | 18,984.94 | 56.10 | 0.00 |
| **MMA # 9200-******55-65** | 6.30 | 18.88 | 0.00 |
| **Checking # 9200-******55-66** | 0.00 | 18,916.26 | 0.00 |
| | $18,991.24 | $18,991.24 | $0.00 |